# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA'S PHOTOGRAPHY INC., <br><br> Plaintiff, <br><br> v. <br><br> EDITORIALIST YX, LLC, <br><br> Defendant. | Case No. 3:21-cv-04683-EMC <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

   Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff EVA'S PHOTOGRAPHY INC. and Defendant EDITORIALIST YX, LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: January 4, 2022

_____
Edward Milton Chen